JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI SIEBERT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RELISH LABS LLC, an Ohio limited liability company doing business as HOME CHEF; CECILIA PACKARD, an individual; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 5:24−cv−02508−SSS−SHKx<br><br>**ORDER REMANDING THIS CASE TO RIVERSIDE COUNTY SUPERIOR COURT**<br>**(Doc. #15)** |

On February 3, 2025, Plaintiff filed "Stipulation and Request for an Order Remanding this Case to Riverside County Superior Court and Vacating the Scheduling Conference Set for February 7, 2025." (Doc. #15.) The Stipulation is signed by Perry Smith, counsel for plaintiff Brandi Siebert, and Jessica Hahn, counsel for defendants Relish Labs LLC and Cecilia Packard.

The parties stipulate that Defendants' removal papers did not foreclose all possibilities that Plaintiff could state a claim against non-diverse defendant Packard and thus did not establish that defendant Packard was fraudulently joined. Defendants have chosen to avoid the expense of litigating the fraudulent joinder issue on a motion to remand in favor of stipulating to the consideration of defendant Packard's citizenship.

The court, having considered the basis for removing this case to this court and the matters presented and agreed to in the Stipulation, finds that the citizenship of defendant Packard must be considered for purposes of establishing diversity jurisdiction. Because plaintiff Siebert and defendant Packard are both citizens of California, the Court lacks diversity jurisdiction.

The court hereby vacates the scheduling conference set for February 7, 2025, and related obligations and orders this case **REMANDED** to Riverside County Superior Court.

The OSC issued on January 27, 2025 (Dkt. 11) is hereby **DISCHARGED**.

IT IS SO ORDERED.

Dated: February 4, 2025

SUNSHINE S. SYKES
United States District Judge